NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LAWSON ENVIRONMENTAL SERVICES, LLC,
*Plaintiff-Appellant*

v.

UNITED STATES,
*Defendant-Appellee*

---

2016-2146

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01550-MCW, Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

THEODORE PATRICK WATSON, Watson & Associates, LLC, Aurora, CO, argued for plaintiff-appellant. Also represented by WOJCIECH KORNACKI.

MICHAEL D. SNYDER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE; CHRISTOPHER

MCCLINTOCK, United States Small Business Administration, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2017                    /s/ Peter R. Marksteiner
     Date                        Peter R. Marksteiner
                                 Clerk of Court